IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| MARVIN NORMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 7:11-CV-23-O-KA |
| | § | |
| COMMUNITY SUPERVISION AND | § | |
| CORRECTIONAL DEPT., | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (ECF No. 4), and noting no objections have been filed thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Accordingly, this case is **DISMISSED** without prejudice. Plaintiff may file, within 30 days, a Motion to Reopen accompanied by an amended complaint that adequately articulates a cause of action cognizable by this court seeking specified relief against a person that is not immune from suit. Should Plaintiff fail to file such a motion within thirty days, Plaintiff shall be required to file a new suit.

**SO ORDERED** this **21st** day of **March, 2011.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**